IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Deborah

Printed: 11/25/08

Case Number: 06 B 00320
Judge: Squires, John H
Filed: 1/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: August 28, 2008
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,359.30 | |
| Secured: | | 24,723.11 |
| Unsecured: | | 123.46 |
| Priority: | | 0.00 |
| Administrative: | | 1,730.00 |
| Trustee Fee: | | 1,508.22 |
| Other Funds: | | 1,274.51 |
| Totals: | 29,359.30 | 29,359.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Remedies | Administrative | 1,730.00 | 1,730.00 |
| 2. | CitiMortgage Inc | Secured | 33,250.00 | 24,723.11 |
| 3. | RJM Acquisitions LLC | Unsecured | 123.46 | 123.46 |
| 4. | Providian Bancorp | Unsecured | | No Claim Filed |
| 5. | AT&T Broadband | Unsecured | | No Claim Filed |
| 6. | Medical Payment Data | Unsecured | | No Claim Filed |
| 7. | Applied Card Bank | Unsecured | | No Claim Filed |
| | | | $ 35,103.46 | $ 26,576.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 170.70 |
| 5% | 155.44 |
| 4.8% | 251.47 |
| 5.4% | 739.17 |
| 6.5% | 191.44 |
| | $ 1,508.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Deborah

Printed: 11/25/08

Case Number: 06 B 00320
Judge: Squires, John H
Filed: 1/13/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

